**Exhibit B**

# THE LAW OFFICES OF DANIEL BALSAM

3145 Geary Blvd. #225
San Francisco, CA 94118
415-869-2873
Tax ID 20-2682737 (Daniel Balsam Online)

| Date | Invoice# |
|---|---|
| 7/21/2010 | ADK001 |

| Bill to: |
|---|
| Adknowledge Inc. |
| 3003 Exposition Blvd, First Floor |
| Santa Monica, CA 90404 |
| Attn: Michael Geroe |

| Item | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Consulting June 16-July 15 | 7/15/2010 | | | $1,500.00 |
| Notification of non-compliant affiliate | 6/23/2010 | | | $150.00 |

Total $1,650.00

# THE LAW OFFICES OF DANIEL BALSAM

3145 Geary Blvd. #225
San Francisco, CA 94118
415-869-2873
Tax ID 20-2682737 (Daniel Balsam Online)

| Date | Invoice# |
|---|---|
| 8/16/2010 | ADK002 |

| Bill to: |
|---|
| Adknowledge Inc. |
| 3003 Exposition Blvd, First Floor |
| Santa Monica, CA 90404 |
| Attn: Michael Geroe |

| Item | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Notification of non-compliant affiliate (Red Mountain) | 7/21/2010 | | | $150.00 |

Total  $150.00