Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Phone: (415) 869-2873
Fax: (415) 869-2873

Timothy J. Walton (State Bar No. 184292)
WALTON TWU LLP
9515 Soquel Drive, Suite 207
Aptos, CA 95003-4137
Phone (831) 685-9800
Fax: (650) 618-8687

Jeffrey A. Pollak (State Bar No. 239575)
MANN ORLANSKY & POLLAK
1901 1st Avenue, Suite 405
San Diego, CA 92101
Phone (619) 238-5500
Fax: (619) 238-5542

Attorneys for Plaintiffs SHELLY CARPER, STEVE CARPER, NICK OLIVERES, MARIO OSOTEO, and DEBRA RUIZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHELLY CARPER *et al*, | ) Case No.    3:13-cv-03921 (JST) |
| Plaintiffs, | ) ~~STIPULATION AND~~ ORDER |
| vs. | ) CONTINUING HEARING DATE FOR |
| | ) DEFENDANT'S MOTION TO |
| ADKNOWLEDGE INC. *et al*, | ) DISQUALIFY COUNSEL |
| Defendants. | ) Judge:    Hon. Jon S. Tigar |

Counsel for Plaintiffs (and the subject of the Motion to Disqualify Counsel) has a personal conflict with the October 31, 2013 at 2:00 pm hearing noticed for this Motion. The Parties and their attorneys agree that the Court may enter an Order continuing the hearing date by

**1**

~~STIPULATION AND~~ ORDER CONTINUING HEARING DATE
FOR DEFENDANT'S MOTION TO DISQUALIFY COUNSEL

one week, to November 7 at 2:00 pm.  The briefing schedule shall remain the same: Plaintiffs' Opposition is due by October 2, and Defendants' Reply is due by October 9.

|  |  |
|---|---|
|  | THE LAW OFFICES OF DANIEL BALSAM |
| Dated:  September 22, 2013 | /s/ Daniel L. Balsam |
|  | Daniel L. Balsam |
|  | Attorney for Plaintiffs Shelly Carper *et al* |
|  |  |
|  | NEWMAN DU WORS LLP |
| Dated:  September 23, 2013 | /s/ Derek A. Newman |
|  | Derek A. Newman |
|  | Attorney for Defendant Adknowledge Inc. |

### ORDER

Pursuant to the above stipulation of the Parties, the hearing on Defendants' Motion to Disqualify Counsel previously scheduled for October 31, 2013 at 2:00 pm is continued to November 7, 2013 at 2:00 pm.  The briefing schedule shall remain the same: Plaintiffs' Opposition is due by October 2, and Defendants' Reply is due by October 9.

IT IS SO ORDERED.

Dated:  September 23, 2013

APPROVED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**2**
~~STIPULATION AND~~ ORDER CONTINUING HEARING DATE
FOR DEFENDANT'S MOTION TO DISQUALIFY COUNSEL