UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY CARPER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ADKNOWLEDGE, INC., et al.,<br><br>  Defendants. | Case No. 13-cv-03921-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF Nos. 16 & 19 |

Before the Court are Defendants' Motion to Dismiss and Plaintiff's Motion to Remand. Dkt. No. 16 & 19. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 10, 2013, is hereby VACATED.

However, if any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Any such notice should reflect the date or dates on which the parties are available for the hearing.

**IT IS SO ORDERED**.

Dated: October 4, 2013

JON S. TIGAR
United States District Judge